# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134987

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

CASIMIR RICHARD PONIEDZIALEK, II,
       Defendant-Appellant.

SC: 134987
COA: 277456
Kent CC: 01-008369-FH

_____/

      On order of the Court, the application for leave to appeal the August 22, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

t1217

_____
Clerk